Case 3:20-cv-00263   Document 4   Filed on 08/27/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 27, 2020
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

No. 3:20-cv-0263

Francisco C. Martinez, TDCJ # 01185238, Petitioner,

v.

Lorie Davis, Respondent.

## Final Judgment

Jeffrey Vincent Brown, United States District Judge.

For the reasons stated in the Memorandum Opinion and Order entered this day, the relief sought in the habeas corpus petition (Dkt. 1) filed by Francisco C. Martinez is denied and this case is dismissed with prejudice. A certificate of appealability is denied.

The Clerk will provide a copy of this order to the parties.

Signed on Galveston Island this  27th  day of  August , 2020.

_____
Jeffrey Vincent Brown
United States District Judge